THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL NO. 4:14-CR-97-SDJ-AGD |
| COREY EVANS (1) | § § § § | |

**MEMORANDUM ADOPTING THE REPORT AND
RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On July 9, 2025, the Magistrate Judge entered proposed findings of fact and recommendations (Dkt. #230) that (1) allegation one in the petition for revocation of Defendant's supervised release be dismissed, (2) Defendant's supervised release be revoked based on allegations two and three in that petition, (3) Defendant be committed to the custody of the Bureau of Prisons to be imprisoned for a term of eight months, followed by eighteen months of supervised release, all prior conditions imposed, and (4) Defendant be placed at FCI El Reno in El Reno, Oklahoma, if appropriate.

Having received the Report of the United States Magistrate Judge (Dkt. #230) and having received Defendant's waiver of his right to object to the proposed findings and recommendations of the Magistrate Judge (Dkt. #229), the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's Report as the findings and conclusions of the Court. Accordingly,

1

allegation one in the petition for revocation of Defendant's supervised release is dismissed, Defendant's term of supervised release is revoked based on allegations two and three in that petition, Defendant is committed to the custody of the Bureau of Prisons to be imprisoned for a term of eight months, with eighteen months of supervised release to follow, all prior conditions imposed, and the court hereby recommends that Defendant be placed at FCI El Reno in El Reno, Oklahoma, if appropriate.

**So ORDERED and SIGNED this 17th day of July, 2025.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE